```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                    :

ALBINO EDUARDO ALVES,              :

                             Plaintiff,    :    1:25-cv-3887-GHW

                    -v-                     :    <u>ORDER</u>

COMMISSIONER OF THE SOCIAL SECURITY :
ADMINISTRATION,

                          Defendant.  :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The parties have stipulated to the dismissal of this action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 5. The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: June 9, 2025
       New York, New York

                                                                         _____
                                                                               GREGORY H. WOODS
                                                                            United States District Judge